**Order entered March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00653-CV

**BRANCH BANKING AND TRUST COMPANY, Appellant**

**V.**

**TCI LUNA VENTURES, LLC AND
TRANSCONTINENTAL REALTY INVESTORS, INC., Appellees**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-03653**

## ORDER

The Court **GRANTS** appellees' March 6, 2013 unopposed motion to extend time to file a motion for rehearing. We **ORDER** appellees to file their motion for rehearing on or before **MARCH 25, 2013.**

/David W. Evans
DAVID W. EVANS
JUSTICE